# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2008

136184 & (68)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re BRIANA CHURCH and
KEELEY CHURCH, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

ANGELA CHURCH,
      Respondent-Appellant,

and

DONALD RAY CHURCH,
      Respondent.

_____/

SC: 136184
COA: 279652
St. Joseph CC
Family Division: 05-000209-NA

On order of the Court, the application for leave to appeal the March 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2008

                Clerk

s0422